IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NOBLE CAPITAL GROUP, LLC AND | § | |
| NOBLE CAPITAL FUND | § | |
| MANAGEMENT, LLC, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-1255-LY |
| | § | |
| US CAPITAL PARTNERS, INC., | § | |
| JEFFREY SWEENEY, CHARLES | § | |
| TOWLE, AND PATRICK STEELE | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order dismissing this cause with prejudice against Defendants US Capital Partners, Inc., Jeffrey Sweeney, Charles Towle, and Patrick Steele. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants US Capital Partners, Inc., Jeffrey Sweeney, Charles Towle, and Patrick Steele are awarded their costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this **31st** day of July, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE