# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| NOBLE CAPITAL GROUP LLC, AND<br>NOBLE CAPITAL FUND<br>MANAGEMENT, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 1:19-cv-01255 |
| US CAPITAL PARTNERS, INC.,<br>JEFFREY SWEENEY, CHARLES TOWLE<br>and PATRICK STEELE, | § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Noble Capital Group LLC and Noble Capital Fund Management LLC, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Doc. 31) entered in this action on July 31, 2020, together with all orders and judgments merged into that Final Judgment.

Dated: August 28, 2020

Respectfully submitted,

/s/ Jason M. Hopkins
Jason M. Hopkins
Texas Bar No. 24059969
Jason.Hopkins@DLAPiper.com
**DLA Piper LLP**
1900 N. Pearl Street
Suite 2200
Dallas, Texas 75201
214-743-4546 – telephone
972-813-6267 – facsimile

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I certify that I served this Notice of Appeal on all counsel of record via the Court's CM/ECF system on August 28, 2020.

                                                /s/ Jason M. Hopkins
                                                Jason M. Hopkins